```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar #237432
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    CHRISTOPHER TABOR
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-077-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JASPREET DHADDA, | ) | |
| CHRISTOPHER TABOR, | ) | Date: January 9, 2012 |
| JAIME MAROTTE, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR, and attorney MICHAEL BIGELOW, Counsel for JAIME MAROTTE that the status conference hearing date of December 12, 2011 be vacated, and the matter be set for status conference on January 9, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including January 9, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 7, 2011.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Matthew M. Scoble
                                            MATTHEW M. SCOBLE
                                            Assistant Federal Defender
                                            Attorney for CHRISTOPHER TABOR


DATED: December 7, 2011.                    /s/ Matthew M. Scoble for
                                            PETER KMETO
                                            Assistant for Defendant
                                            JASPREET DHADDA

DATED: December 7, 2011.                    /s/ Matthew M. Scoble for
                                            MICHAEL BIGELOW
                                            Assistant for Defendant
                                            JAIME MAROTTE

DATED: December 7, 2011.                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Matthew Scoble for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 12, 2011, status conference hearing be

| | |
|---|---|
| 1 | continued to January 9, 2012 at 9:30 a.m.  Based on the representation |
| 2 | of defense counsel and good cause appearing there from, the Court |
| 3 | hereby finds that the failure to grant a continuance in this case would |
| 4 | deny defense counsel reasonable time necessary for effective |
| 5 | preparation, taking into account the exercise of due diligence.  The |
| 6 | Court finds that the ends of justice to be served by granting a |
| 7 | continuance outweigh the best interests of the public and the |
| 8 | defendants in a speedy trial.  It is ordered that time up to and |
| 9 | including the January 9, 2012 status conference shall be excluded from |
| 10 | computation of time within which the trial of this matter must be |
| 11 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. § |
| 12 | 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel |
| 13 | reasonable time to prepare. |
| 14 | Dated:   December 8, 2011 |

_[Signature: William B. Shubb]_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE