DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TABOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASPREET DHADDA,<br>CHRISTOPHER TABOR,<br><br>Defendant. | NO. CR.S-11-077-WBS<br><br>**STIPULATION AND ~~[PROPOSED~~] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: March 19, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR that the status conference hearing date of February 6, 2012 be vacated, and the matter be set for status conference on March 19, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 19, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 2, 2012.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for CHRISTOPHER TABOR

DATED: February 2, 2012.

/s/ Matthew M. Scoble for
PETER KMETO
Assistant for Defendant
JASPREET DHADDA

DATED: February 2, 2012.

BENJAMIN WAGNER
United States Attorney

/s/ Matthew Scoble for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 6, 2012, status conference hearing be continued to March 19, 2012 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The

Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the March 19, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE