1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRISTOPHER TABOR
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  NO. CR.S-11-077-WBS
11                                 )
                Plaintiff,         )
12                                 )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                         )  **CONTINUING STATUS CONFERENCE**
13                                 )  **AND EXCLUDING TIME**
   JASPREET DHADDA,                )
14 CHRISTOPHER TABOR,              )  Date:  May 29, 2012
                                   )  Time:  9:30 a.m.
15              Defendant.         )  Judge: Hon. William B. Shubb
   _____
16

17     IT IS HEREBY STIPULATED by and between the parties hereto through
18 their respective counsel, JASON HITT, Assistant United States Attorney,
19 attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET
20 DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR that
21 the status conference hearing date of April 23, 2012 be vacated, and
22 the matter be set for status conference on May 29, 2012 at 9:30 a.m.
23     The reason for this continuance is to allow defense counsel
24 additional time to review discovery with the defendants, to examine
25 possible defenses and to continue investigating the facts of the case.
26     Based upon the foregoing, the parties agree that the time under
27 the Speedy Trial Act should be excluded from the date of signing of
28 this order through and including May 29, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 19, 2012.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for CHRISTOPHER TABOR

DATED: April 19, 2012.  /s/ Matthew M. Scoble for
PETER KMETO
Assistant for Defendant
JASPREET DHADDA

DATED: April 19, 2012.  BENJAMIN WAGNER
United States Attorney

/s/ Matthew Scoble for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 23, 2012, status conference hearing be continued to May 29, 2012 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

2

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the May 29, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   April 19, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE