```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: JASPREET DHADDA
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7             FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )   No. CR-S-11-0077 WBS
                                 )
10          Plaintiff,            )   STIPULATION AND ORDER
                                 )   CONTINUING STATUS
11      vs.                      )   HEARING
                                 )
12  JASPREET DHADDA, et al.      )
                                 )
13          Defendant.           )
    _____)
14
```

15　　　　Defendants: JASPREET DHADDA, through his attorney, PETER KMETO;

16　CHRISTOPHER TABOR, through his attorney MATTHEW SCOBLE ; and, the

17　United States of America, through its counsel of record, JASON HITT, stipulate and

18　agree to the following:

19　　　　1. The presently scheduled date of May 29, 2012 for Status Hearing shall be

20　　　　vacated and said Hearing be rescheduled for June 25, at 9:30 a.m..

21　　　　2.  The parties have reached an accord as to the terms of a plea agreement,

22　　　　however, counsel for the defense is not available on the currently scheduled date

23　　　　due to his participation in a jury trial. Accordingly, the parties stipulate that time

24　　　　be excluded pursuant to 18 U.S. C. §3161(h)(7)(A) [Local Code T4] –

25　　　　continuity of defense counsel. The parties further stipulate that the interests

26　　　　of justice outweigh the defendants' and the public's interest in a speedy trial.

27

28　　　　　　　　　　　　　　　　　　- 1 -

1    IT IS SO STIPULATED.

Dated:  May 22, 2012                    /s/ JASON HITT
                                        Assistant U.S. Attorney
                                        for the Government

Dated:  May 22, 2012                    /s/  PETER KMETO
                                        Attorney for Defendant
                                        JASPREET DHADDA

Dated:  May 22, 2012                    /s/ MATTHEW SCOBLE
                                        Attorney for Defendant
                                        CHRISTOPHER TABOR


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until June 25, 2012 for continuity of defense counsel. The Court further finds that the interests of justice outweigh the defendants' and the public's interest in a speedy trial.

DATED: May 24, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE