| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, Bar #237432 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
CHRISTOPHER TABOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   NO. CR.S-11-077-WBS
                                    )
            Plaintiff,               )
                                    )   **STIPULATION AND [PROPOSED] ORDER;**
       v.                           )   **CONTINUING STATUS CONFERENCE**
                                    )   **AND EXCLUDING TIME**
JASPREET DHADDA,                    )
CHRISTOPHER TABOR,                  )   Date: July 23, 2012
                                    )   Time: 9:30 a.m.
            Defendant.               )   Judge: Hon. William B. Shubb
_____

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney PETER KMETO, Counsel for JASPREET DHADDA, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR that the status conference hearing date of June 25, 2012 be vacated, and the matter be set for status conference on July 23, 2012 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 23, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 21, 2012.                           Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ Matthew M. Scoble
                                                MATTHEW M. SCOBLE
                                                Assistant Federal Defender
                                                Attorney for CHRISTOPHER TABOR

DATED: June 21, 2012.                           /s/ Matthew M. Scoble for
                                                PETER KMETO
                                                Assistant for Defendant
                                                JASPREET DHADDA

DATED: June 21, 2012.                           BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Matthew Scoble for
                                                JASON HITT
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 25, 2012, status conference hearing be continued to July 23, 2012 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time up to and including the July 23, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   June 22, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE