**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
JAIME MAROTTE

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. Cr.S 11-77 WBS |
| ) | |
| Plaintiff ) | STIPULATION AND PROPOSED |
| ) | ORDER CONTINUING |
| v ) | SENTENCING |
| ) | ORDER (~~PROPOSED~~) |
| JAIME MAROTTE ) | |
| ) | |
| Defendant ) | |

It is hereby stipulated between the parties that sentencing in this matter be continued to August 13, 2012 at 9:30 a.m. There is as to this defendant a cooperation agreement and the other defendants have not yet resolved their case. Accordingly, it is appropriate that this matter be continued until they do.

Dated: June 25, 2012          Respectfully submitted,

                              /s/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant

-1-

**IT IS SO STIPULATED**

DATED: June 25, 2012      /s/MICHAEL B. BIGELOW
                          Attorney for Defendant Marotte

DATED: June 25, 2012      /s/JASON HITT
                          Assistant United States Attorney

                              **IT IS SO ORDERED**

DATED:  June 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE